WIREWAYS, INC. v. MITEK INDUSTRIES

[333 N.C. 253 (1993)]

WIREWAYS, INC. v. MITEK INDUSTRIES, INC., AS SUCCESSOR-IN-INTEREST
TO GANG-NAIL SYSTEMS, INC.; DURAND-RAUTE CORPORATION AND
INDUSTRIAL MILL INSTALLATIONS, INC.

No. 115PA92

(Filed 8 January 1993)

On discretionary review pursuant to N.C.G.S. § 7A-31 of an unpublished decision of the Court of Appeals, 105 N.C. App. 445, 414 S.E.2d 108 (1992), reversing summary judgment entered 11 July 1990 by Phillips, J., in Superior Court, New Hanover County. Heard in the Supreme Court on 5 October 1992.

*Kenneth A. Shanklin and John G. Rhyne for the plaintiff-appellee.*

*Murchison, Taylor, Kendrick, Gibson & Davenport, by Michael Murchison, for the defendant-appellants.*

PER CURIAM.

The issue before this Court on discretionary review in the present case is identical to that discussed and resolved in *Newberry Metal Masters Fabricators v. Mitek Industries*, 333 N.C. 250, 424 S.E.2d 383 (1993). For the reasons stated and applied by this Court in *Newberry*, the decision of the Court of Appeals in the present case is affirmed.

Affirmed.